## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Docket no. 2:19-cr-00099-GZS |
| JENNY SANTANA-VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PRE-TRIAL CONFERENCE & ORDER

On August 30, 2022, the Court held a telephonic status conference to discuss preparing for trial in this matter. Assistant United States Attorneys Donald Clark and Nicholas Scott appeared for the Government. Assistant Federal Public Defender Heather Gonzales appeared for Defendant.

**Jury Selection:  November 7, 2022**

Jury selection will be before Chief Judge Levy. Immediately after the jury is selected, trial will commence in Courtroom 2.

**Trial:  November 7, 8, 9 & 10, 2022**

It is estimated that the presentation of evidence and arguments will take three days or less. In an abundance of caution, the Court will reserve a total of four days for trial and jury deliberations in this matter. At the conference, the Government indicated it might rest its case as early as November 8, 2022. Counsel shall coordinate the presentation of witnesses such that there is no delay associated with the presentation of evidence to the jury. Any issues that counsel cannot resolve via consultation shall be presented to the Court via motion.

All trial briefs and requested instructions shall be filed on or before October 31, 2022.

**Motions in Limine**

Both sides indicated an intention to file motions in limine. All motions in limine shall be filed on or before October 21, 2022. Responses are due within one week and no later than October 28, 2022. No reply is necessary, but the Court will consider brief replies that are filed within five days and, in any event, no later than 5 PM on November 1, 2022.

**Other Issues**

The Government indicated that it does not intend to seek enhanced penalties under 21 U.S.C. § 841(b)(1)(B). Defendant indicated no objection. Counsel are instructed to confer regarding any proposed redactions to the Indictment associated with the Government's decision to proceed without a quantity allegation. See 21 U.S.C. § 841(b)(1)(C).

To the extent that there is an agreement for a witness to appear by video, counsel shall submit either a stipulation or unopposed motion for the witness to appear by video. Counsel shall also coordinate this video appearance with the Courtroom Deputy and the Court's I.T. Department in order to avoid any delay of trial.

SO ORDERED.

/s/ George Z. Singal  
United States District Judge

Dated this 30th day of August, 2022.